Ira Bodenstein
Shaw Fishman
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861
    Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: PISIECKA, ALINA | § | Case No. 14-29248 |
|---|---|---|
|  | § |  |
|  | § |  |
| Debtor(s) | § |  |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 08, 2014.  The undersigned trustee was appointed on August 08, 2014.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of     $     8,500.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 34.17 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 8,465.83 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/02/2015 and the deadline for filing governmental claims was 02/04/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,600.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,600.00, for a total compensation of $1,600.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/30/2015      By: /s/Ira Bodenstein
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-29248  
**Case Name:** PISIECKA, ALINA  

**Period Ending:** 07/30/15

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 08/08/14 (f)  
**§341(a) Meeting Date:** 09/26/14  
**Claims Bar Date:** 04/02/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real estate improved with two residential, apart<br>  Orig. Description: Real estate improved with two residential, apartment building located at 1916 S. Throop, Street, Chicago, Illinois; delinquent and foreclosure, pending; Imported from original petition Doc# 1; Lien: Opened 10/01/07<br>Mortgage<br>Real estate improved with two<br>residential apartment building located at<br>delinquent and foreclosure pending<br>Value $ 1916 S. Throop Street, Chicago, Illinois;<br>210000  -  Amount: 424632.00 | 210,000.00 | 0.00 | | 0.00 | FA |
| 2 | Real estate improved with three residential, apa<br>  Orig. Description: Real estate improved with three residential, apartment building located at 1832 Dodge, Evanston, Illinois - delinquent and foreclosure, pending; Imported from original petition Doc# 1; Lien: Opened 3/01/04<br>First Mortgage<br>Real estate improved with three<br>residential apartment building located at<br>delinquent and foreclosure pending<br>Value $ 1832 Dodge, Evanston, Illinois -<br>129000  -  Amount: 245465.00 | 129,000.00 | 0.00 | | 0.00 | FA |
| 3 | Personal checking account with BMO Harris Bank<br>  Orig. Description: Personal checking account with BMO Harris Bank; Imported from Amended Doc#: 15; Exemption: Personal checking account with BMO Harris  -  Amount: 700.00 | 700.00 | 0.00 | | 0.00 | FA |
| 4 | Business checking account with BMO Harris Bank<br>  Orig. Description: Business checking account with BMO Harris Bank; Imported from Amended Doc#: 15; Exemption: Business checking account with BMO Harris Household Goods  and Furnishings  - Amount: 1200.00 | 1,200.00 | 0.00 | | 0.00 | FA |
| 5 | Used furniture and miscellaneous household goods<br>  Orig. Description: Used furniture and miscellaneous | 1,400.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-29248  
**Case Name:** PISIECKA, ALINA

**Period Ending:** 07/30/15

**Trustee:** (330129)   Ira Bodenstein  
**Filed (f) or Converted (c):** 08/08/14 (f)  
**§341(a) Meeting Date:** 09/26/14  
**Claims Bar Date:** 04/02/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| household goods; Imported from Amended Doc#: 15; Exemption: Used furniture and miscellaneous household goods  -  Amount: 1400.00 | | | | | |
| 6    Used personal clothing<br>    Orig. Description: Used personal clothing; Imported from Amended Doc#: 15; Exemption: Used personal clothing  -  Amount: 500.00 | 500.00 | 0.00 | | 0.00 | FA |
| 7    Costume jewelry<br>    Orig. Description: Costume jewelry; Imported from Amended Doc#: 15; | 500.00 | 0.00 | | 0.00 | FA |
| 8    Void duplicate of 10 | 0.00 | 0.00 | | 0.00 | FA |
| 9    Allstate whole life insurance policy with $250,0  (u)<br>    Orig. Description: Allstate whole life insurance policy with $250,000 death benefit, daughter Annette Lucero as beneficiary and cash value value in the amount of $1,820.33.; Imported from Amended Doc#: 15 | 1,820.33 | 0.00 | | 0.00 | FA |
| 10    Lincoln Benefit term life insurance with $100,00  (u)<br>    Orig. Description: Lincoln Benefit term life insurance with $100,000 death benefit, daughter Annette Lucero as benficiary and no suurender cash value; Imported from Amended Doc#: 15 | 0.00 | 0.00 | | 0.00 | FA |
| 11    Licensed real estate broker, sole proprietoship<br>    Orig. Description: Licensed real estate broker, sole proprietoship; Imported from Amended Doc#: 15; Lien: Second Mortgage<br>Real estate improved with three<br>residential apartment building located at<br>1832 Dodge, Evanston, Illinois -<br>Value $ delinquent and foreclosure pending<br>129000  -  Amount: 149981.00 | 0.00 | 0.00 | | 0.00 | FA |
| 12    Home Finding Corp., an Illinois corporation, 100<br>    Orig. Description: Home Finding Corp., an Illinois corporation, 100% stock ownership; Imported from Amended Doc#: 15 | 0.00 | 0.00 | | 0.00 | FA |
| 13    2002 Volvo S60 with over 120,000 miles | 2,200.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 14-29248  
**Case Name:** PISIECKA, ALINA

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 08/08/14 (f)  
**§341(a) Meeting Date:** 09/26/14

**Period Ending:** 07/30/15

**Claims Bar Date:** 04/02/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Orig. Description: 2002 Volvo S60 with over 120,000 miles; Imported from Amended Doc#: 15; Exemption: 2002 Volvo S60 with over 120,000 miles - Amount: 2200.00 | | | | | |
| 14  Used computer equipment and office supplies<br>Orig. Description: Used computer equipment and office supplies; Imported from Amended Doc#: 15 | 500.00 | 0.00 | | 0.00 | FA |
| 15  Pre-petition real estate broker commissions  (u) | 0.00 | 0.00 | | 8,500.00 | FA |
| **15  Assets  Totals** (Excluding unknown values) | **$347,820.33** | **$0.00** | | **$8,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

4/20/2015- Review claims  
File TFR

**Initial Projected Date Of Final Report (TFR):**     September 30, 2015         **Current Projected Date Of Final Report (TFR):**     September 30, 2015

Printed: 07/30/2015 03:09 PM     V.13.23

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 14-29248 | | Trustee: | Ira Bodenstein (330129) |
|---|---|---|---|---|
| Case Name: | PISIECKA, ALINA | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******8466 - Checking Account |
| Taxpayer ID #: | **-***6025 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/30/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/05/15 | {15} | BMO Harris Bank N.A. | Non exempt pre-petition real estate broker commissions per order entered 3/5/15 | 1290-000 | 8,500.00 | | 8,500.00 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.18 | 8,489.82 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.21 | 8,477.61 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.78 | 8,465.83 |

|  |  |  |
|---|---:|---:|
| **ACCOUNT TOTALS** | 8,500.00 | 34.17 | **$8,465.83** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 8,500.00 | 34.17 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$8,500.00** | **$34.17** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| **Checking # ******8466** | 8,500.00 | 34.17 | 8,465.83 |
| | $8,500.00 | $34.17 | $8,465.83 |

{} Asset reference(s)    Printed: 07/30/2015 03:09 PM    V.13.23

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 2, 2015

**Case Number:** 14-29248
**Debtor Name:** PISIECKA, ALINA

Page: 1

**Date:** July 30, 2015
**Time:** 03:09:28 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $1,600.00 | $0.00 | 1,600.00 |
| NOTFILED<br>505 | INTERNAL REVENUE SERVICE<br>Centralized Insolvency Operation<br>P.O. Box 7317<br>Philadelphia, PA 19107-7317 | Priority | XX/31/99 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>100 | Ocwen Loan Service, LLC<br>Attn: Bankruptcy<br>P.O. Box 24738<br>West Palm Beach, FL 33416 | Secured | XXXXXX9135 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>100 | PNC Bank N.A<br>Attn. Bankruptcy Dept.<br>PO Box 5570<br>Cleveland, OH 44101-0570 | Secured | XXXXXXXXX5952 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>100 | M & T Bank<br>Attn: Bankruptcy<br>1100 Wehrle Drivem, 2nd Floor<br>Williamsville, NY 14221 | Secured | XXXXXXXXX7493 | $0.00 | $0.00 | 0.00 |
| 1<br>610 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Unsecured | XXXX9719 | $32,923.96 | $0.00 | 32,923.96 |
| 2<br>610 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Unsecured | XXXX2346 | $1,226.12 | $0.00 | 1,226.12 |
| 3<br>610 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Unsecured | XXXX2908 | $4,082.35 | $0.00 | 4,082.35 |
| 4<br>610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | XXXXXXXXXXXX7822 | $5,710.07 | $0.00 | 5,710.07 |
| 5<br>610 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | XXXXXXXX9627 | $1,514.74 | $0.00 | 1,514.74 |
| 6<br>610 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | XXXXXXXXXXXX2980 | $2,113.93 | $0.00 | 2,113.93 |
| 7<br>610 | Portfolio Recovery Associates, LLC<br>WFN Bank (Ann Taylor)<br>P.O.Box 41067<br>Norfolk, VA 23541 | Unsecured | XXXXXXXXXXXX1635 | $1,176.33 | $0.00 | 1,176.33 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 2, 2015

**Case Number:** 14-29248　　　　　　　　　　　　　Page: 2　　　　　　　　　　　　　**Date:** July 30, 2015
**Debtor Name:** PISIECKA, ALINA　　　　　　　　　　　　　　　　　　　　　　　　　　**Time:** 03:09:28 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8　610 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Unsecured | | $291.95 | $0.00 | 291.95 |
| 9　610 | Nicor Gas<br>P.O. Box 549<br>Aurora, IL 60507 | Unsecured | XXXXXX0570 | $1,909.70 | $0.00 | 1,909.70 |
| 10　610 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Unsecured | 3063 | $4,683.65 | $0.00 | 4,683.65 |
| NOTFILED　610 | City of Evanston<br>Attn. Bankruptcy<br>2100 Ridge Avenue<br>Evanston, IL 60201 | Unsecured | XXXXXX0024 | $0.00 | $0.00 | 0.00 |
| NOTFILED　610 | Equitable Ascent Financial<br>Attn. Bankruptcy Dept.<br>1120 W. Lake Cook Road<br>Buffalo Grove, IL 60089 | Unsecured | XXXXX XXX-XXX5641 | $0.00 | $0.00 | 0.00 |
| NOTFILED　610 | City of Evanston<br>Attn. Bankruptcy<br>2100 Ridge Avenue<br>Evanston, IL 60201 | Unsecured | XXXXXX6046 | $0.00 | $0.00 | 0.00 |
| NOTFILED　610 | City of Evanston<br>Attn. Bankruptcy<br>2100 Ridge Avenue<br>Evanston, IL 60201 | Unsecured | XXXX-XXX0016 | $0.00 | $0.00 | 0.00 |
| NOTFILED　610 | City of Evanston<br>Attn. Bankruptcy<br>2100 Ridge Avenue<br>Evanston, IL 60201 | Unsecured | XXXX-XXX0192 | $0.00 | $0.00 | 0.00 |
| NOTFILED　610 | Citibank USA Citicorp Credit Services<br>P.O. Box 20507<br>Kansas City, MO 64195 | Unsecured | XXXXXXXXXXXX3796 | $0.00 | $0.00 | 0.00 |
| NOTFILED　610 | City of Chicago Corporation Counsel<br>30 N. LaSalle Street, Suite 700<br>Chicago, IL 60602 | Unsecured | XX-XX-XX3202 | $0.00 | $0.00 | 0.00 |
| NOTFILED　610 | City of Evanston<br>Attn. Bankruptcy<br>2100 Ridge Avenue<br>Evanston, IL 60201 | Unsecured | XXXX-XXX0396 | $0.00 | $0.00 | 0.00 |
| NOTFILED　610 | WFNNB/Ann Taylor<br>Attn. Bankruptcy Dept.<br>PO Box 182125<br>Columbus, OH 43218 | Unsecured | 1635 | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 2, 2015

**Case Number:** 14-29248　　　　　　　　　　　　　Page: 3　　　　　　　　　　**Date:** July 30, 2015
**Debtor Name:** PISIECKA, ALINA　　　　　　　　　　　　　　　　　　　　　**Time:** 03:09:28 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | HSBC<br>Attn. Bankruptcy Dept.<br>PO Box 5253<br>Carol Stream, IL 60197 | Unsecured | 4236 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Midland Funding<br>8875 Aero Drive<br>Unit 200<br>San Diego, CA 92123 | Unsecured | XXXXXX3396 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Fisher & Shapiro<br>2121 N. Waukegan Rd.<br>Suite 301<br>Bannockburn, IL 60015 | Unsecured | XX-XX-X5603 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Fifth Third Bank Bankruptcy Department,<br>1830 E. Paris Aveenue<br>Grand Rapids, MI 49546 | Unsecured | XXXXX1071 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Fifth Third Bank Bankruptcy Department,<br>1830 East Paris Avenue<br>Grand Rapids, MI 49546 | Unsecured | XXXXXXXXXXXX6020 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | THD/CBSD<br>Attn. Bankruptcy Dept.<br>PO Box 6497<br>Sioux Falls, SD 57117 | Unsecured | 3796 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Citibank (South Dakota) N.A. c/o Blatt,<br>Hasenmiller, Leibske<br>125 S. Wacker Drive, Ste. 400<br>Chicago, IL 60606 | Unsecured | XX-XX-XX5717 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Nicor Gas<br>Attn. Bankruptcy Dept.<br>1844 Ferry Road<br>Naperville, IL 60563 | Unsecured | XXXXXX5781 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase<br>Attn. Bankruptcy Dept.<br>PO Box 15298<br>Wilmington, DE 19850 | Unsecured | 9824 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Alpine Capital c/o Albert Law Firm PC<br>29 N. Wacker Drive, Suite 550<br>Chicago, IL 60606 | Unsecured | XX-XX-XX2208 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase<br>Attn. Bankruptcy Dept.<br>PO Box 15198<br>Wilmington, DE 19850 | Unsecured | 8751 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | CBE Group<br>Attn. Bankruptcy Dept.<br>1309 Technology Pkwy.<br>Cedar Falls, IA 50613 | Unsecured | XXXXX1817 | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 2, 2015

**Case Number:** 14-29248  
**Debtor Name:** PISIECKA, ALINA

Page: 4

**Date:** July 30, 2015  
**Time:** 03:09:28 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Bank of America<br>Attn. Bankruptcy Dept.<br>PO Box 17054<br>Wilmington, DE 19850 | Unsecured | 0845 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | CBE Group<br>Attn. Bankruptcy Dept.<br>1309 Technology Pkwy.<br>Cedar Falls, IA 50613 | Unsecured | XXXXX1818 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | American Home Mortgage AHMSI /<br>Attention: Bankruptcy<br>P.O. Box 631730-1730<br>Irving, TX 75063 | Unsecured | XXXXXX2384 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Bank of America<br>Attn. Bankruptcy Dept.<br>PO Box 15311<br>Wilmington, DE 19884 | Unsecured | 5413 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase<br>Attn. Bankruptcy Dept.<br>PO Box 15298<br>Wilmington, DE 19850 | Unsecured | 5802 | $0.00 | $0.00 | 0.00 |
| **<< Totals >>** | | | | 57,232.80 | 0.00 | 57,232.80 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 14-29248
Case Name: PISIECKA, ALINA
Trustee Name: Ira Bodenstein

| | **Balance on hand:** | **$ 8,465.83** |
|---|---|---|

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | None | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 8,465.83 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 1,600.00 | 0.00 | 1,600.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,600.00 |
| Remaining balance: | $ 6,865.83 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | None | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 6,865.83 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 6,865.83 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 55,632.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 32,923.96 | 0.00 | 4,063.26 |
| 2 | Cavalry SPV I, LLC | 1,226.12 | 0.00 | 151.32 |
| 3 | Cavalry SPV I, LLC | 4,082.35 | 0.00 | 503.82 |
| 4 | Discover Bank | 5,710.07 | 0.00 | 704.70 |
| 5 | Capital One Bank (USA), N.A. | 1,514.74 | 0.00 | 186.94 |
| 6 | Capital One Bank (USA), N.A. | 2,113.93 | 0.00 | 260.89 |
| 7 | Portfolio Recovery Associates, LLC | 1,176.33 | 0.00 | 145.17 |
| 8 | American InfoSource LP as agent for | 291.95 | 0.00 | 36.03 |
| 9 | Nicor Gas | 1,909.70 | 0.00 | 235.68 |
| 10 | American Express Centurion Bank | 4,683.65 | 0.00 | 578.02 |

Total to be paid for timely general unsecured claims: $ 6,865.83
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**