Ira Bodenstein
Shaw Fishman
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861
 Chapter 7 Trustee

The Honorable:          JACQUELINE P. COX
Chapter 7

Hearing Date:    <u>08/26/2015</u>
Hearing Time:    <u>9:30 am</u>

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:     PISIECKA, ALINA                     §          Case No. 14-29248
                                               §
                                               §
                                               §
Debtor(s)                                      §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>Ira Bodenstein</u>, trustee of the above styled estate, has filed a Final Report and the trustee has filed a final fee application, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street
Chicago, IL. 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 9:30 am on 08/26/2015 in Courtroom 680, United States Courthouse, 219 South Dearborn Street Chicago, IL. 60604.  If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>07/31/2015</u>          By:     <u>Ira Bodenstein</u>
                                                 Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861
**UST Form 101-7-NFR (10/1/2010)**

Ira Bodenstein
Shaw Fishman
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861
      Chapter 7 Trustee

The Honorable:
Chapter   7
Location: _____
Hearing Date: _____ / /
Hearing Time: _____
Response Date: _____ / /

JACQUELINE P. COX

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: PISIECKA, ALINA        §    Case No. 14-29248
                                  §
                                  §
Debtor(s) _____ §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*          $_____8,500.00

*and approved disbursements of*          $_____34.17

*leaving a balance on hand of* [1]          $_____8,465.83

         **Balance on hand:**      $      8,465.83

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|--------------------------|------------------|
| None |  |  |  |  |  |

             Total to be paid to secured creditors:    $      0.00
                             Remaining balance:    $      8,465.83

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee, Fees - Ira Bodenstein | 1,600.00 | 0.00 | 1,600.00 |

       Total to be paid for chapter 7 administration expenses:    $      1,600.00
                        Remaining balance:    $      6,865.83

---

    1 The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 6,865.83 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 6,865.83 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 55,632.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 32,923.96 | 0.00 | 4,063.26 |
| 2 | Cavalry SPV I, LLC | 1,226.12 | 0.00 | 151.32 |
| 3 | Cavalry SPV I, LLC | 4,082.35 | 0.00 | 503.82 |
| 4 | Discover Bank | 5,710.07 | 0.00 | 704.70 |
| 5 | Capital One Bank (USA), N.A. | 1,514.74 | 0.00 | 186.94 |
| 6 | Capital One Bank (USA), N.A. | 2,113.93 | 0.00 | 260.89 |
| 7 | Portfolio Recovery Associates, LLC | 1,176.33 | 0.00 | 145.17 |
| 8 | American InfoSource LP as agent for | 291.95 | 0.00 | 36.03 |
| 9 | Nicor Gas | 1,909.70 | 0.00 | 235.68 |
| 10 | American Express Centurion Bank | 4,683.65 | 0.00 | 578.02 |

**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid for timely general unsecured claims: | $ | 6,865.83 |
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

Prepared By:   /s/Ira Bodenstein _____
                                                    Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:
Alina Pisiecka
      Debtor

Case No. 14-29248-JPC
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: cgreen        Page 1 of 2        Date Rcvd: Aug 04, 2015
                  Form ID: pdf006        Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2015.
```
db           +Alina Pisiecka,    3220 Old Mill Road,    Northbrook, IL 60062-6322
22262787     +Alpine Capital,    c/o Albert Law Firm PC,    29 N. Wacker Drive, Suite 550,
               Chicago, IL 60606-2851
23068263      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
22262788      American Home Mortgage,    AHMSI / Attention: Bankruptcy,    P.O. Box 631730-1730,
               Irving, TX 75063
22262789     +Amex,    Attn. Bankruptcy,    PO Box 297871,    Fort Lauderdale, FL 33329-7871
22262790     +Bank of America,    Attn. Bankruptcy Dept.,    PO Box 15311,    Wilmington, DE 19850-5311
22262795     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    Attn. Bankruptcy Dept.,    PO Box 85520,
               Richmond, VA 23285)
22262797     +CBE Group,    Attn. Bankruptcy Dept.,    1309 Technology Pkwy.,    Cedar Falls, IA 50613-6976
22262803     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank USA,    Citicorp Credit Services,    P.O. Box 20507,
               Kansas City, MO 64195)
22262796     +Capital One Bank,    Attn: General Correspondence,    P.O. Box 30285,
               Salt Lake City, UT 84130-0285
22828306      Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
               Charlotte, NC  28272-1083
22262799     +Chase,    Attn. Bankruptcy Dept.,    PO Box 15298,    Wilmington, DE 19850-5298
22262800      Chase,    Attn. Bankruptcy Dept.,    PO Box 15198,    Wilmington, DE 19850
22262802     +Citibank (South Dakota) N.A.,    c/o Blatt, Hasenmiller, Leibsker,
               125 S. Wacker Drive, Ste. 400,    Chicago, IL 60606-4440
22262804     +City of Chicago,    Corporation Counsel,    30 N. LaSalle Street, Suite 700,
               Chicago, IL 60602-2503
22262805     +City of Evanston,    Attn. Bankruptcy,    2100 Ridge Avenue,    Evanston, IL 60201-2700
22262810     +Codilis & Associates,    15W030 N. Frontage Rd.,    Suite 100,    Willowbrook, IL 60527-6921
22262816     +Fisher & Shapiro,    2121 N. Waukegan Rd.    Suite 301,    Bannockburn, IL 60015-1831
22262817     +HSBC,    Attn. Bankruptcy Dept.,    PO Box 5253,    Carol Stream, IL 60197-5253
22262823     +Ocwen Loan Service, LLC,    Attn: Bankruptcy,    P.O. Box 24738,    West Palm Beach, FL 33416-4738
22331704     +Ocwen Loan Servicing LLC,    successor to LaSalle Bank Nat'l Assoc.,
               C/O Potestivo & Associates P.C,    223 W. Jackson Blvd., Ste. 610,    Chicago, IL 60606-6911
22262824      PNC Bank N.A,    Attn. Bankruptcy Dept.,    PO Box 5570,    Cleveland, OH 44101-0570
22262825     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery,    Attn: Bankruptcy,    PO Box 41067,
               Norfolk, VA 23541)
22262826     +THD/CBSD,    Attn. Bankruptcy Dept.,    PO Box 6497,    Sioux Falls, SD 57117-6497
22262827     +WFNNB/Ann Taylor,    Attn. Bankruptcy Dept.,    PO Box 182125,    Columbus, OH 43218-2125
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
23010833      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 05 2015 01:42:46
               American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
               Oklahoma City, OK  73124-8848
22262792     +E-mail/Text: bankruptcy@cavps.com Aug 05 2015 01:38:25      Calvary Portfolio Services,
               Attention:  Bankruptcy Department,    500 Summit Lake Drive, Unit 400,
               Valhalla, NY 10595-1340
22787948     +E-mail/Text: bankruptcy@cavps.com Aug 05 2015 01:38:26      Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
22262812      E-mail/PDF: mrdiscen@discover.com Aug 05 2015 01:43:04      Discover Financial Services,
               Attn. Bankruptcy Dept.,    P.O. Box 15316,    Wilmington, DE 19850
22791890      E-mail/PDF: mrdiscen@discover.com Aug 05 2015 01:43:04      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
22262815     +E-mail/Text: collectionbankruptcies.bancorp@53.com Aug 05 2015 01:39:15      Fifth Third Bank,
               Bankruptcy Department,,    1830 East Paris Avenue,    Grand Rapids, MI 49546-6253
22262814     +E-mail/Text: collectionbankruptcies.bancorp@53.com Aug 05 2015 01:39:15      Fifth Third Bank,
               Bankruptcy Department,,    1830 E. Paris Aveenue,    Grand Rapids, MI 49546-6253
22262818     +E-mail/Text: cio.bncmail@irs.gov Aug 05 2015 01:36:57      INTERNAL REVENUE SERVICE,
               Centralized Insolvency Operation,    P.O. Box 7317,    Philadelphia, PA 19101-7317
22262819     +E-mail/Text: camanagement@mtb.com Aug 05 2015 01:37:09      M & T Bank,    Attn: Bankruptcy,
               1100 Wehrle Drivem, 2nd Floor,    Williamsville, NY 14221
22262820     +E-mail/Text: bankruptcydpt@mcmcg.com Aug 05 2015 01:37:35      Midland Funding,
               8875 Aero Drive,    Unit 200,    San Diego, CA 92123-2255
22262821     +E-mail/Text: bankrup@aglresources.com Aug 05 2015 01:36:24      Nicor Gas,
               Attn. Bankruptcy Dept.,    1844 Ferry Road,    Naperville, IL 60563-9600
23017029     +E-mail/Text: bankrup@aglresources.com Aug 05 2015 01:36:24      nicor gas,    po box 549,
               Aurora il 60507-0549
                                                                                       TOTAL: 12
```

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0752-1          User: cgreen          Page 2 of 2          Date Rcvd: Aug 04, 2015
                             Form ID: pdf006        Total Noticed: 37

22262798*    +CBE Group,   Attn. Bankruptcy Dept.,   1309 Technology Pkwy.,   Cedar Falls, IA 50613-6976
22262793*    +Calvary Portfolio Services,   Attention: Bankruptcy Department,
              500 Summit Lake Drive, Unit 400,   Valhalla, NY 10595-1340
22262794*    +Calvary Portfolio Services,   Attention: Bankruptcy Department,
              500 Summit Lake Drive, Unit 400,   Valhalla, NY 10595-1340
22262801*    +Chase,   Attn. Bankruptcy Dept.,   PO Box 15298,   Wilmington, DE 19850-5298
22262806*    +City of Evanston,   Attn. Bankruptcy,   2100 Ridge Avenue,   Evanston, IL 60201-2700
22262807*    +City of Evanston,   Attn. Bankruptcy,   2100 Ridge Avenue,   Evanston, IL 60201-2700
22262808*    +City of Evanston,   Attn. Bankruptcy,   2100 Ridge Avenue,   Evanston, IL 60201-2700
22262809*    +City of Evanston,   Attn. Bankruptcy,   2100 Ridge Avenue,   Evanston, IL 60201-2700
22262811*    +Codilis & Associates,   15W030 N. Frontage Rd.,   Suite 100,   Willowbrook, IL 60527-6921
22262822*    +Nicor Gas,   Attn. Bankruptcy Dept.,   1844 Ferry Road,   Naperville, IL 60563-9600
22885363*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,   successor to,
              WORLD FINANCIAL NETWORK BANK,   (ANN TAYLOR),   POB 41067,   Norfolk VA 23541)
22262791     ##+Bank of America,   Attn. Bankruptcy Dept.,   PO Box 17054,   Wilmington, DE 19850-7054
22262813     ##+Equitable Ascent Financial,   Attn. Bankruptcy Dept.,   1120 W. Lake Cook Road,
              Buffalo Grove, IL 60089-1970
                                                                    TOTALS: 0, * 11, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2015                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2015 at the address(es) listed below:
          Caleb Halberg   on behalf of Creditor   OCWEN LOAN SERVICING, LLC chalberg@potestivolaw.com,
          bknotices@potestivolaw.com
          Ira Bodenstein   on behalf of Trustee Ira  Bodenstein ibodenstein@shawfishman.com,
          cowens@shawfishman.com
          Ira Bodenstein   iratrustee@shawfishman.com,   IL29@ecfcbis.com;cowens@shawfishman.com
          Marek Loza   on behalf of Debtor Alina  Pisiecka marekloza@lozalaw.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Rachael A Stokas   on behalf of Creditor   Bayview Loan Servicing, LLC ND-Two@il.cslegal.com
                                                                            TOTAL: 6
```