# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re:  PISIECKA, ALINA                                       § Case No. 14-29248
                                                              §
                                                              §
                                                              §
Debtor(s)                                                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $347,820.33                 Assets Exempt: $6,500.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,865.83    Claims Discharged
                                              Without Payment: $436,248.78

Total Expenses of Administration: $1,634.17

---

   3) Total gross receipts of $    8,500.00    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of $8,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $820,078.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,634.17 | 1,634.17 | 1,634.17 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 14,602.56 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 426,773.25 | 55,632.80 | 55,632.80 | 6,865.83 |
| **TOTAL DISBURSEMENTS** | $1,261,453.81 | $57,266.97 | $57,266.97 | $8,500.00 |

4) This case was originally filed under Chapter 7 on August 08, 2014. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/05/2015          By: /s/Ira Bodenstein
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Pre-pettion real estate broker commissions | 1290-000 | 8,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$8,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Ocwen Loan Service, LLC | 4110-000 | 245,465.00 | N/A | N/A | 0.00 |
| NOTFILED | PNC Bank N.A | 4110-000 | 149,981.00 | N/A | N/A | 0.00 |
| NOTFILED | M & T Bank | 4110-000 | 424,632.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$820,078.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 1,600.00 | 1,600.00 | 1,600.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.18 | 10.18 | 10.18 |
| Rabobank, N.A. | 2600-000 | N/A | 12.21 | 12.21 | 12.21 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 11.78 | 11.78 | 11.78 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$1,634.17** | **$1,634.17** | **$1,634.17** |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | INTERNAL REVENUE SERVICE Centralized Insolvency | 5200-000 | 14,602.56 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$14,602.56** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 7100-000 | 32,924.00 | 32,923.96 | 32,923.96 | 4,063.26 |
| 2 | Cavalry SPV I, LLC | 7100-000 | 1,226.00 | 1,226.12 | 1,226.12 | 151.32 |
| 3 | Cavalry SPV I, LLC | 7100-000 | 4,082.00 | 4,082.35 | 4,082.35 | 503.82 |
| 4 | Discover Bank | 7100-000 | 5,710.00 | 5,710.07 | 5,710.07 | 704.70 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | unknown | 1,514.74 | 1,514.74 | 186.94 |
| 6 | Capital One Bank (USA), N.A. | 7100-000 | 2,113.00 | 2,113.93 | 2,113.93 | 260.89 |
| 7 | Portfolio Recovery Associates, LLC | 7100-000 | 1,176.00 | 1,176.33 | 1,176.33 | 145.17 |
| 8 | American InfoSource LP as agent for | 7100-000 | N/A | 291.95 | 291.95 | 36.03 |
| 9 | Nicor Gas | 7100-000 | 1,909.00 | 1,909.70 | 1,909.70 | 235.68 |
| 10 | American Express Centurion Bank | 7100-000 | 4,754.00 | 4,683.65 | 4,683.65 | 578.02 |
| NOTFILED | City of Evanston | 7100-000 | 338.00 | N/A | N/A | 0.00 |
| NOTFILED | Equitable Ascent Financial | 7100-000 | 1,226.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Evanston | 7100-000 | 313.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | City of Evanston | 7100-000 | 525.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Evanston | 7100-000 | 750.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank USA Citicorp Credit Services | 7100-000 | 1,893.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago Corporation Counsel | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | City of Evanston | 7100-000 | 900.00 | N/A | N/A | 0.00 |
| NOTFILED | WFNNB/Ann Taylor | 7100-000 | 1,176.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC | 7100-000 | 3,617.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland Funding | 7100-000 | 9,447.00 | N/A | N/A | 0.00 |
| NOTFILED | Fisher & Shapiro | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank Bankruptcy Department, | 7100-000 | 275,241.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank Bankruptcy Department, | 7100-000 | 8,537.00 | N/A | N/A | 0.00 |
| NOTFILED | THD/CBSD | 7100-000 | 1,893.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank (South Dakota) N.A. c/o Blatt, Hasenmiller, | 7100-000 | 5,821.75 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 603.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 10,294.00 | N/A | N/A | 0.00 |
| NOTFILED | Alpine Capital c/o Albert Law Firm PC | 7100-000 | 5,222.50 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 1,252.00 | N/A | N/A | 0.00 |
| NOTFILED | CBE Group | 7100-000 | 389.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 16,630.00 | N/A | N/A | 0.00 |
| NOTFILED | CBE Group | 7100-000 | 390.00 | N/A | N/A | 0.00 |
| NOTFILED | American Home Mortgage AHMSI / Attention: Bankruptcy | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 20,807.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 5,614.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $426,773.25 | $55,632.80 | $55,632.80 | $6,865.83 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-29248  
**Case Name:** PISIECKA, ALINA  
**Period Ending:** 10/05/15

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 08/08/14 (f)  
**§341(a) Meeting Date:** 09/26/14  
**Claims Bar Date:** 04/02/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Real estate improved with two residential, apart<br>Orig. Description: Real estate improved with two residential, apartment building located at 1916 S. Throop, Street, Chicago, Illinois; delinquent and foreclosure, pending; Imported from original petition Doc# 1; Lien: Opened 10/01/07<br>Mortgage<br>Real estate improved with two<br>residential apartment building located at<br>delinquent and foreclosure pending<br>Value $ 1916 S. Throop Street, Chicago, Illinois; 210000  -  Amount: 424632.00 | 210,000.00 | 0.00 | | 0.00 | FA |
| 2 | Real estate improved with three residential, apa<br>Orig. Description: Real estate improved with three residential, apartment building located at 1832 Dodge, Evanston, Illinois - delinquent and foreclosure, pending; Imported from original petition Doc# 1; Lien: Opened 3/01/04<br>First Mortgage<br>Real estate improved with three<br>residential apartment building located at<br>delinquent and foreclosure pending<br>Value $ 1832 Dodge, Evanston, Illinois - 129000  -  Amount: 245465.00 | 129,000.00 | 0.00 | | 0.00 | FA |
| 3 | Personal checking account with BMO Harris Bank<br>Orig. Description: Personal checking account with BMO Harris Bank; Imported from Amended Doc#: 15; Exemption: Personal checking account with BMO Harris  -  Amount: 700.00 | 700.00 | 0.00 | | 0.00 | FA |
| 4 | Business checking account with BMO Harris Bank<br>Orig. Description: Business checking account with BMO Harris Bank; Imported from Amended Doc#: 15; Exemption: Business checking account with BMO Harris Household Goods  and Furnishings  -  Amount: 1200.00 | 1,200.00 | 0.00 | | 0.00 | FA |
| 5 | Used furniture and miscellaneous household goods<br>Orig. Description: Used furniture and miscellaneous | 1,400.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-29248  
**Case Name:** PISIECKA, ALINA  

**Period Ending:** 10/05/15

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 08/08/14 (f)  
**§341(a) Meeting Date:** 09/26/14  
**Claims Bar Date:** 04/02/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
|  | household goods; Imported from Amended Doc#: 15; Exemption: Used furniture and miscellaneous household goods - Amount: 1400.00 |  |  |  |  |
| 6 | Used personal clothing<br>    Orig. Description: Used personal clothing; Imported from Amended Doc#: 15; Exemption: Used personal clothing - Amount: 500.00 | 500.00 | 0.00 |  | 0.00 | FA |
| 7 | Costume jewelry<br>    Orig. Description: Costume jewelry; Imported from Amended Doc#: 15; | 500.00 | 0.00 |  | 0.00 | FA |
| 8 | Void duplicate of 10 | 0.00 | 0.00 |  | 0.00 | FA |
| 9 | Allstate whole life insurance policy with $250,0  (u)<br>    Orig. Description: Allstate whole life insurance policy with $250,000 death benefit, daughter Annette Lucero as beneficiary and cash value value in the amount of $1,820.33.; Imported from Amended Doc#: 15 | 1,820.33 | 0.00 |  | 0.00 | FA |
| 10 | Lincoln Benefit term life insurance with $100,00  (u)<br>    Orig. Description: Lincoln Benefit term life insurance with $100,000 death benefit, daughter Annette Lucero as benficiary and no suurender cash value; Imported from Amended Doc#: 15 | 0.00 | 0.00 |  | 0.00 | FA |
| 11 | Licensed real estate broker, sole proprietoship<br>    Orig. Description: Licensed real estate broker, sole proprietoship; Imported from Amended Doc#: 15; Lien: Second Mortgage<br>Real estate improved with three<br>residential apartment building located at<br>1832 Dodge, Evanston, Illinois -<br>Value $ delinquent and foreclosure pending<br>129000 - Amount: 149981.00 | 0.00 | 0.00 |  | 0.00 | FA |
| 12 | Home Finding Corp., an Illinois corporation, 100<br>    Orig. Description: Home Finding Corp., an Illinois corporation, 100% stock ownership; Imported from Amended Doc#: 15 | 0.00 | 0.00 |  | 0.00 | FA |
| 13 | 2002 Volvo S60 with over 120,000 miles | 2,200.00 | 0.00 |  | 0.00 | FA |

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-29248  
**Case Name:** PISIECKA, ALINA

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 08/08/14 (f)  
**§341(a) Meeting Date:** 09/26/14  

**Period Ending:** 10/05/15  
**Claims Bar Date:** 04/02/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Orig. Description: 2002 Volvo S60 with over 120,000 miles; Imported from Amended Doc#: 15; Exemption: 2002 Volvo S60 with over 120,000 miles  -  Amount: 2200.00 | | | | | |
| 14  Used computer equipment and office supplies<br>Orig. Description: Used computer equipment and office supplies; Imported from Amended Doc#: 15 | 500.00 | 0.00 | | 0.00 | FA |
| 15  Pre-petition real estate broker commissions  (u) | 0.00 | 0.00 | | 8,500.00 | FA |
| 15  Assets  Totals (Excluding unknown values) | **$347,820.33** | **$0.00** | | **$8,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

4/20/2015- Review claims  
File TFR

**Initial Projected Date Of Final Report (TFR):**  September 30, 2015   **Current Projected Date Of Final Report (TFR):**  September 30, 2015

Printed: 10/05/2015 04:55 PM     V.13.25

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-29248
**Case Name:** PISIECKA, ALINA

**Taxpayer ID #:** **-***6025
**Period Ending:** 10/05/15

**Trustee:** Ira Bodenstein (330129)
**Bank Name:** Rabobank, N.A.
**Account:** ******8466 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/05/15 | {15} | BMO Harris Bank N.A. | Non exempt pre-petition real estate broker commissions per order entered 3/5/15 | 1290-000 | 8,500.00 | | 8,500.00 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.18 | 8,489.82 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.21 | 8,477.61 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.78 | 8,465.83 |
| 08/28/15 | 101 | Ira Bodenstein | Final trustee compensation | 2100-000 | | 1,600.00 | 6,865.83 |
| 08/28/15 | 102 | Cavalry SPV I, LLC | Ref # XXXX9719 | 7100-000 | | 4,063.26 | 2,802.57 |
| 08/28/15 | 103 | Cavalry SPV I, LLC | Ref # XXXX2346 | 7100-000 | | 151.32 | 2,651.25 |
| 08/28/15 | 104 | Cavalry SPV I, LLC | Ref # XXXX2908 | 7100-000 | | 503.82 | 2,147.43 |
| 08/28/15 | 105 | Discover Bank | Ref # XXXXXXXXXXXX7822 | 7100-000 | | 704.70 | 1,442.73 |
| 08/28/15 | 106 | Capital One Bank (USA), N.A. | Ref # XXXXXXXX9627 | 7100-000 | | 186.94 | 1,255.79 |
| 08/28/15 | 107 | Capital One Bank (USA), N.A. | Ref # XXXXXXXXXXXX2980 | 7100-000 | | 260.89 | 994.90 |
| 08/28/15 | 108 | Portfolio Recovery Associates, LLC | Ref # XXXXXXXXXXXX1635 | 7100-000 | | 145.17 | 849.73 |
| 08/28/15 | 109 | American InfoSource LP as agent for | Final distribution | 7100-000 | | 36.03 | 813.70 |
| 08/28/15 | 110 | Nicor Gas | Ref # XXXXXX0570 | 7100-000 | | 235.68 | 578.02 |
| 08/28/15 | 111 | American Express Centurion Bank | Ref # 3063 | 7100-000 | | 578.02 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 8,500.00 | 8,500.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 8,500.00 | 8,500.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$8,500.00** | **$8,500.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******8466** | 8,500.00 | 8,500.00 | 0.00 |
| | **$8,500.00** | **$8,500.00** | **$0.00** |

{} Asset reference(s)

Printed: 10/05/2015 04:55 PM   V.13.25